SAVANNAH, THUNDERBOLT & ISLE OF HOPE RY. v. BRYAN.

There being evidence to warrant the jury in finding that the defendant's motorman, after seeing that there might be a collision with the wagon in which the plaintiff and his driver were riding, negligently approached the crossing without having his car under complete control; and also in finding that there was some negligence on the part of the plaintiff or his driver in going upon the crossing, but that after getting upon the same they could not then, by the exercise of ordinary care, have avoided the consequences of the defendant's negligence; and the recovery being manifestly for a less amount than that to which the plaintiff would have been entitled had there been no fault with which he was chargeable, the verdict, after its approval by the trial judge, will not be disturbed.                    Judgment affirmed.
July 16, 1894.

Action for damages. Before Judge MACDONELL. City court of Savannah. July term, 1893.

Bryan sued the railroad company for killing his horse and destroying his wagon and harness by the running of its electric car, and obtained a verdict for $100. The company moved on the general grounds for a new trial, and the motion was overruled. The nature of the evidence is similar to that in the Beasley case, ante, 143;

and it need not be set forth further than as indicated in the head-note.

SAUSSY & SAUSSY, for plaintiff in error.
McALPIN & LaROCHE, contra.